# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JENNIE O'BRYAN | ) |
| Plaintiff, | ) Case No. 3:20-CV-00153 |
| V. | ) Judge Aleta A. Trauger |
| US BANK NATIONAL ASSOCIATION | ) JURY TRIAL DEMANDED |
| Defendant. | ) |

## JOINT REPORT ON MEDIATION / SETTLEMENT

**COME NOW** Plaintiff Jennie O'Bryan ("Plaintiff") and Defendant US Bank National Association ("Defendant"), by and through their respective counsel, and state unto the Court that this matter was mediated with Donna J. Mikel, Esquire on January 28, 2022. The matter was not resolved.

Respectfully submitted this 9th day of February 2022.

| | |
|---|---|
| **SUE PALMER & ASSOCIATES PLLC** | **LITTLER MENDELSON** |
| By: /s/ *SMPalmer* | By: /s/ *Stephanie A. Chavez (w/perm)* |
| Susan M. Palmer, BPR #31607 | Stephanie A. Chavez, BPR #35080 |
| P.O. Box 219 | 333 Commerce Street, Suite 1450 |
| Franklin, TN 37065-0219 | Nashville, TN 37201 |
| (615) 927-0498 | (615) 383-3033 |
| (610) 592-0055 (Fax) | (615) 383-3323 (Fax) |
| sue@suepalmerlaw.com | schavez@littler.com |
| | chrisanderson@littler.com |
| | jenrobinson@littler.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of February 2022 a true and correct copy of the foregoing has been filed with the court and served on counsel below via ECF:

Jennifer Robinson
Chris Anderson
Stephanie A. Chavez
Littler Mendelson, P.C.
333 Commerce Street, Suite 1450
Nashville, TN 37201
jenrobinson@littler.com
chrisanderson@littler.com
schavez@littler.com