# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JENNIE O'BRYAN, | ) |
| Plaintiff, | ) Case No. 3:20-cv-00153 |
| v. | ) Judge Trauger |
| US BANK NATIONAL ASSOCIATION, | ) |
| Defendant. | ) |

## JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE

Defendant US Bank National Association ("Defendant" or "USB") and Plaintiff Jennie O'Bryan ("Plaintiff" or "O'Bryan"), by and through their undersigned attorneys, file this Joint Motion to Extend the Discovery Deadline:

The Parties' discovery deadline is February 25, 2022. (Dkt. 67). In order to provide USB sufficient time to identify and prepare corporate representatives for deposition in light of the Court's forthcoming ruling on USB's motion for protective order, the Parties respectfully request that this Court extend the discovery deadline to **March 4, 2022.**

No other deadlines, including the dispositive motion or trial date, will be affected by this motion.

**APPROVED FOR ENTRY:**

*s/ Stephanie A. Chavez*
Jennifer B. Robinson, Bar No. 20380
J. Christopher Anderson, Bar No. 19279
Stephanie A. Chavez, Bar No. 035080
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, Tennessee 37201

1

Telephone: 615.383.3033
Facsimile: 615.383.3323
jenrobinson@littler.com
schavez@littler.com
chrisanderson@littler.com

*ATTORNEYS FOR DEFENDANT*

AND


*s/ Susan M. Palmer (w/permission SAC)*
Susan M. Palmer, BPR No. 031607
SUE PALMER & ASSOCIATES PLLC
P.O. Box 219
Franklin, TN 37065
615.927.0498 (phone)
610.592.0055 (fax)
sue@suepalmerlaw.com

*ATTORNEY FOR PLAINTIFF*


## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of February 2022, the foregoing was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiff's counsel of record as follows:

>Susan M. Palmer
>SUE PALMER & ASSOCIATES PLLC
>P.O. Box 219
>Franklin, TN 37065-0219
>sue@suepalmerlaw.com


*s/ Stephanie A. Chavez*
Stephanie A. Chavez