Motion GRANTED. Extension to 3/4/2022.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| JENNIE O'BRYAN, | ) |
| Plaintiff, | ) Case No. 3:20-cv-00153 |
| v. | ) Judge Trauger |
| US BANK NATIONAL ASSOCIATION, | ) |
| Defendant. | ) |

## JOINT MOTION TO EXTEND THE DISCOVERY DEADLINE

Defendant US Bank National Association ("Defendant" or "USB") and Plaintiff Jennie O'Bryan ("Plaintiff" or "O'Bryan"), by and through their undersigned attorneys, file this Joint Motion to Extend the Discovery Deadline:

The Parties' discovery deadline is February 25, 2022. (Dkt. 67). In order to provide USB sufficient time to identify and prepare corporate representatives for deposition in light of the Court's forthcoming ruling on USB's motion for protective order, the Parties respectfully request that this Court extend the discovery deadline to **March 4, 2022.**

No other deadlines, including the dispositive motion or trial date, will be affected by this motion.

**APPROVED FOR ENTRY:**

*s/ Stephanie A. Chavez*
Jennifer B. Robinson, Bar No. 20380
J. Christopher Anderson, Bar No. 19279
Stephanie A. Chavez, Bar No. 035080
LITTLER MENDELSON, P.C.
333 Commerce Street, Suite 1450
Nashville, Tennessee 37201