# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JENNIE O'BRYAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-00153 |
| | ) | Judge Aleta A. Trauger |
| US BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment Motion filed by defendant US Bank National Association ("US Bank") (Doc. No. 95) is **GRANTED IN PART AND DENIED IN PART**. Specifically, summary judgment is **GRANTED** to defendant US Bank on the plaintiff's Title VII discrimination claim and her retaliation claims under both Title VII and the ADEA. Those claims are **DISMISSED**. Summary judgment is **DENIED** as to the plaintiff's ADEA discrimination claim.

This case remains set for trial on the remaining claim on 11/15/2022.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge